UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

**IN THE MATTER OF:**

**Donald Pope**

**Case: 10-77242**
**Chapter 13**
**Judge: Rhodes**

_____/

**Debtor(s).**

## CERTIFICATION OF COMPLIANCE WITH
## LOCAL BANKRUPTCY RULE 1007-1(1)

The undersigned certifies that on December 14, 2010 a copy of the **2008 and 2009 INCOME TAX RETURNS AND PAY STUBS** was served upon the following parties either electronically or by depositing said copies in the U.S. Mail, postage prepaid:

Krispen Carroll
719 Griswold Suite 1100
Detroit, MI 48226

　　　　　/S/ Jennifer L. Keener
Jennifer L. Keener
Marrs & Terry, PLLC
6553 Jackson Rd
Ann Arbor, MI 48103
(734) 663-0555
marrsandterry@yahoo.com