UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN THE MATTER OF:

Donald Pope

                              /
  Debtor(s).

Case: 10-77242
Chapter 13
Judge: Rhodes

## CERTIFICATE OF SERVICE

    The undersigned certifies that on December 14, 2010 a copy of the RECORDED MORTGAGE AND DEED was served upon the following parties either electronically or by depositing said copies in the U.S. Mail, postage prepaid:

Krispen Carroll
719 Griswold
Suite 1100
Detroit, MI 48226

                                              /S/ Jennifer L. Keener
                                              Jennifer L. Keener
                                              Marrs & Terry, PLLC
                                              6553 Jackson RD
                                              Ann Arbor, MI 48103
                                               (734) 663-0555