UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE:

DONALD POPE,　　　　　　　　　　　　　　Case No. 10-
　　　　　　　　　　　　　　　　　　　　　Honorable
　　　　　　　　　　　　　　　　　　　　　Chapter 13

　　　　　Debtor.
_____/

## AFFIDAVIT

I, <u>Donald Pope</u>, after being duly sworn state as follows:

1.) I am separated from my wife.
2.) My wife maintains a separate household.
3.) My wife does not contribute anything to my household.

Dated: 12-14-10　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Signature

Subscribed and sworn to before me this
14th day of 12, 2010
_____, Notary Public
Washtenaw　　　　　　County of Michigan
My commission expires: 11/28/2014