# United States Bankruptcy Court
## Eastern District of Michigan

**In re:**

**Donald Pope,**

Case No. 10-77242-SWR
Honorable Steven W. Rhodes
Chapter 13

**Debtor.**

_____/

## ORDER CONFIRMING PLAN AND LIFTING STAY AS TO HSBC BANK NEVADA FOR THE 2006 KAWASAKI

The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest.  Objections, if any, have been resolved.  The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last modified, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of
attorney for the Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $3,000.00 in fees and $0.00 in expenses, and that the portion of such claim which has not already been paid, to-wit: $3,000.00 shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows:

X Debtor's Chapter 13 Plan payment shall be $330.84 per week effective March 9, 2011.

X The automatic stay pursuant to 11 USC § 362 shall be lifted as to HSBC Bank Nevada and the 2006 Kawasaki.

X In the event that Debtor fails to make any future Chapter 13 plan payments, the Trustee may submit a notice of default, served upon Debtor and Debtor's counsel and permitting 30 days from the service of the notice in which to cure any and all defaults in payments.  If Debtor fails to cure the defaults in payments after having been provided notice under the provisions of this order, then the Trustee may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make plan payments, and the proceedings may be thereafter dismissed without a further hearing, or notice.

APPROVED

/s/ Krispen S Carroll
KRISPEN S. CARROLL(P49817)
Chapter 13 Trustee
719 Griswold Street
1100 Dime Building
Detroit, MI 48226
notice@det13.com
(313) 962-5035

/s/ Melissa D. Francis, Esq
Melissa D. Francis, Esq. (P61495)
Marrs & Terry, PLLC
Attorneys for Debtors
6553 Jackson Rd.
Ann Arbor, MI 48103
mandtecf@gmail.com

/s/ Charles L McKelvie (P27782)
For Creditor: HSBC Nevada

.

**Signed on March 14, 2011**

_____
**/s/ Steven Rhodes**
**Steven Rhodes**
**United States Bankruptcy Judge**